## Return of Service

### UNITED STATES DISTRICT COURT
### Eastern District of Michigan

United States Securities and Exchange Commision
   Plaintiff

Case Number: 23-10017

vs.

Neil S. Chandran, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Garry J. Davidson at 207 Mojave Lane, Henderson, NV 89015.

I, Diana Brown, being duly sworn, depose and say that on January 11, 2023 at or about 4:45 PM I served Summons & Complaint personally to Garry J. Davidson at 207 Mojave Lane, Henderson, NV 89015.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____      1/12/2023
Diana Brown                              Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2023-105607
Reference: 23-CHRO-009

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 23-10017
Hon. Nancy G. Edmunds

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for *(name of individual and title, if any)* Garry J. Davidson
was received by me on *(date)* 1/10/2023.

☒ I personally served the summons on the individual at *(place)* 207 Mojave Lane, Henderson, NV on *(date)* 1/11/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 1/12/2023

*Server's signature*

Diana Brown, Process Server
*Printed name and title*

823 South King St, Suite C, Leesburg, VA 20175
*Server's address*

Additional information regarding attempted service, etc: