UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

        Plaintiff,                 Case No. 23-cv-10017

        v.                         Honorable Shalina D. Kumar

**NEIL S. CHANDRAN, et al.,**

                                        **ORDER**

        Defendants.
_____/

        The Court, having been informed that Plaintiff Securities and Exchange Commission stipulates, and has no objection, to an extension of the answer deadline for Defendants Neil Chandran and Garry Davidson, to allow these parties additional time to retain counsel and respond to the Complaint (*see* ECF Doc. No. 11), hereby ORDERS that Defendant Chandran's and Defendant Davidson's respective answer due dates are extended until April 6, 2023.

Dated: March 24, 2023

                                                        s/Shalina D. Kumar
                                                        SHALINA D. KUMAR
                                                        UNITED STATES DISTRICT JUDGE