**AMY MOSSEL | PALM CITY FL | 772-324-9352**

CASE NO:   2:23-CV-10017

Your Honor:

In discussions with Mr. Roldan of the SEC, he allowed me to file this late answer and I advised him of same, as of 3/31/23. Please see attached email from Mr. Roldan included.

in pro per answers to the complaint:

| | |
|---|---|
| COUNT V: | Answering in the negative as it is untrue. |
| COUNT VI: | Answering in the negative as it is untrue. |
| COUNT VII: | Answering in the negative as it is untrue. |

_____          _March 31, 2023_____
AMY MOSSEL                                                    DATED:
and on behalf of AEO PUBLISHING

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

NEIL S. CHANDRAN,
GARRY J. DAVIDSON,
MICHAEL T. GLASPIE,
LINDA C. KNOTT,
AMY S. MOSSEL,
AEO PUBLISHING INC.,
BANNER CO-OP, INC., and
BANNERSGO, LLC,

        Defendants.

Case No. 2:23-cv-10017

Hon.

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff, the United States Securities and Exchange Commission ("SEC"), alleges as follows:

## SUMMARY OF ACTION

1. This case concerns a brazen and far-reaching unregistered offering fraud conducted between at least 2018 and 2022 by Defendants Neil Chandran, Garry Davidson, Michael Glaspie, Linda Knott, Amy Mossel, Banner Co-Op, Inc.

**Subject:** RE: SEC v. Neil Chandran, et al.
**From:** "Roldan, Dante" <roldand@SEC.GOV>
**Date:** 3/30/2023, 6:09 PM
**To:** "amysue.ican@gmail.com" <amysue.ican@gmail.com>
**CC:** "Foster, Michael (CHRO)" <FosterMi@SEC.gov>, "Trombino, Caryn" <TrombinoC@SEC.GOV>

Ms. Mossel –

We filed the complaint on January 4, 2023. According to the waiver you signed, your answer was due on March 6, 2023. Given that you have had months to find counsel and your answer is more than three weeks past the deadline, we are not in a position to further extend the deadline.

If you would like to resolve the matter, we are willing to discuss. If you wish to contest the charges, you need to respond to the complaint. A failure to respond to the complaint will result in a default judgment being entered against you. Please let me know how you plan to proceed by EOB tomorrow, March 31, 2023.

Dante

**From:** Amy Mossel <amysue.ican@gmail.com>
**Sent:** Thursday, March 30, 2023 11:21 AM
**To:** Roldan, Dante <roldand@SEC.GOV>
**Subject:** Re: SEC v. Neil Chandran, et al.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Roldan,
I have not retained a lawyer yet,
please allow me a 60-day extension.
Amy Mossel


On 3/29/2023 2:20 PM, Roldan, Dante wrote:

> Ms. Mossel –
>
> I called you today regarding the above matter. Please return my call as soon as possible at 312-208-7827. We would like to know if you intend to file an answer to our complaint given that the deadline to respond has already passed. If you are represented by counsel, please have your counsel contact me.
>
> Dante
>
> **Dante A. Roldán** | Senior Counsel
> Division of Enforcement
> U.S. Securities and Exchange Commission
> 175 W. Jackson Blvd. Suite 1450
> Chicago, IL 60604
> roldand@sec.gov | 312.208.7827

AMY MOSSEL | PALM CITY | 772-324-9352

To: United States District Court Eastern District of Michigan

**Case Number: 223-cv-10017**

Your Honor:

Please amend my answer / response to this case, submitted on 3/31/23, to include my contact information:

Amy Mossel
1343 SW Seagull Way
Palm City  FL  34991

Phone: 772-324-9352

Email: amysue.ican@gmail.com

_____                    _____

AMY MOSSEL                                                                                     DATED:
and on behalf of AEO PUBLISHING