MICHAEL GLASPIE

**CASE NO:**      **2:23-CV-10017**

Defendant: Michael T Glaspie, answering for himself:

BannerCo-op, Inc., and BannersGo, LLC, are both defunct corporations.

in pro per answers to the complaint:

As to:

COUNT I:

| | |
|---|---|
| Allegation #127: | Answering in the negative as it is untrue. |
| Allegation #128: | Answering in the negative as it is untrue. |
| Allegation #129: | Answering in the negative as it is untrue. |
| Allegation #130: | Answering in the negative as it is untrue. |

COUNT II:

| | |
|---|---|
| Allegation #131: | Answering in the negative as it is untrue. |
| Allegation #132: | Answering in the negative as it is untrue. |
| Allegation #133: | Answering in the negative as it is untrue. |
| Allegation #134: | Answering in the negative as it is untrue. |

COUNT III:

| | |
|---|---|
| Allegation #135: | Answering in the negative as it is untrue. |
| Allegation #136: | Answering in the negative as it is untrue. |
| Allegation #137: | No registration was required by law. |
| Allegation #138: | Answering in the negative as it is untrue. |

COUNT IV:

| | |
|---|---|
| Allegation #139: | Does not apply. |
| Allegation #140: | Does not apply. |
| Allegation #141: | Does not apply. |
| Allegation #142: | Answering in the negative as it is untrue. |
| Allegation #143: | Answering in the negative as it is untrue. |

MICHAEL GLASPIE                                    3-31-2023

                                                   DATED:

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

       **Plaintiff,**

       **v.**

**NEIL S. CHANDRAN,
GARRY J. DAVIDSON,
MICHAEL T. GLASPIE,
LINDA C. KNOTT,
AMY S. MOSSEL,
AEO PUBLISHING INC.,
BANNER CO-OP, INC., and
BANNERSGO, LLC,**

       **Defendants.**

_____/

**Case No. 2:23-cv-10017**

**Hon.**

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff, the United States Securities and Exchange Commission ("SEC"),

alleges as follows:

## SUMMARY OF ACTION

1.     This case concerns a brazen and far-reaching unregistered offering

fraud conducted between at least 2018 and 2022 by Defendants Neil Chandran,

Garry Davidson, Michael Glaspie, Linda Knott, Amy Mossel, Banner Co-Op, Inc.

To: United States District Court Eastern District of Michigan

**Case Number: 223-cv-10017**
**U.S. SEC vs. Michael T. Glaspie**


Your Honor:

Please amend my response to this case complaint, submitted on 3/31/23, to include my contact information:


Michael T. Glaspie
1343 SW Seagull Way
Palm City  FL  34991


Phone: 772-223-5374

Email: mtg@mysiteinc.com


_____                    _____
MICHAEL T. GLASPIE                                   DATED:

4-5-2023