UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NEIL S. CHANDRAN, et al.,<br>Defendants. | Case No. 23-10017<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978 (ECF NO. 18)**

Before the Court is Defendant Amy S. Mossel's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3410, in which she seeks to prevent the government from obtaining access to financial records pertaining to her American Express account. ECF No. 18. The government filed a response (ECF No. 19) informing the Court that the subpoena at issue was withdrawn on May 1, 2023 and Mossel was notified of this withdrawal the same day. Because the subject subpoena has been withdrawn, the motion (ECF No. 18) is **DENIED AS MOOT**.

IT IS SO ORDERED.

                <u>s/Shalina D. Kumar</u>
                SHALINA D. KUMAR
                United States District Judge

Dated: May 17, 2023