UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NEIL S. CHANDRAN, et al.,<br>Defendants. | Case No. 23-10017<br>District Judge Shalina D. Kumar<br>Magistrate Elizabeth A. Stafford |

## ORDER TO SHOW CAUSE

Plaintiff United States Securities and Exchange Commission initiated this civil action against Defendants Neil S. Chandran, Garry J. Davidson, Michael T. Glaspie, Linda C. Knott, Amy S. Mossel, AEO Publishing, Incorporated (AEO), Banner Co-Op, Incorporated (Banner), and BannersGo, LLC (BannersGo), on January 4, 2023. ECF No. 1. Certificates of Service/Summons Returned Executed (ECF Nos. 6, 7) were filed on January 20, 2023 indicating Garry J. Davidson and Linda C. Knott accepted service on January 11, 2023 and January 18, 2023. *Id.* To date, neither defendant has filed an answer.

Waivers of Service Returned Executed were filed for the remaining defendants on March 3, 2023 and March 14, 2023. ECF Nos. 8-10, 12-14. Defendants Mossel and Glaspie filed answers (ECF Nos. 16, 17) to the SEC's complaint on March 31, 2023, however, the remaining defendants have yet to respond to the SEC's complaint. The SEC has not requested the Clerk enter a default against defendants Chandra, Davidson, Knott, AEO, Banner, and BannersGo under Federal Rule of Civil Procedure 55(a), nor has a voluntary dismissal been filed.

When "parties have taken no action for a reasonable time, the Court may, on its own motion after reasonable notice," dismiss the case for failure to prosecute "unless good cause is shown." E.D. Mich. LR 41.2. Accordingly, the Court orders the SEC to show cause in writing, within fourteen (14) days of the entry of this order, why its case should not be dismissed (except as to defendants Mossel and Glaspie) for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

                                                s/Shalina D. Kumar
                                                SHALINA D. KUMAR
                                                United States District Judge

Dated: July 21, 2023