UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States Securities and
Exchange Commission,

                          Plaintiff(s),

v.                                         Case No. 4:23-cv-10017-SDK-EAS
                                              Hon. Shalina D. Kumar

Neil S. Chandran, et al.,

                          Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Garry J. Davidson

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/ D. Peruski
                                                      Deputy Clerk

Dated:  August 1, 2023