UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>NEIL S. CHANDRAN,<br>GARRY J. DAVIDSON,<br>MICHAEL T. GLASPIE,<br>LINDA C. KNOTT,<br>AMY S. MOSSEL,<br>AEO PUBLISHING INC.,<br>BANNER CO-OP, INC., and<br>BANNERSGO, LLC,<br>          Defendants. | No. 23-CV-10017-SDK-EAS<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER GRANTING THE UNITED STATES DEPARTMENT OF JUSTICE'S MOTION TO INTERVENE AND STAY DISCOVERY (ECF NO. 31)

Before the Court is the United States Department of Justice's Motion to Intervene and Stay Discovery (ECF No. 31, the "Motion"). Having considered the Motion, the non-opposition of the United States Securities and Exchange Commission, and the opposition of Defendant Amy S. Mossel; and for the reasons stated on the record during the hearing on the Motion on May 23, 2024, the Motion is hereby **GRANTED**: The United States Department of Justice may **INTERVENE** in this case, and discovery in this case is hereby **STAYED** pending further order of the Court and pending the resolution of the related criminal matter captioned *United States v. Chandran*, 4:22-CR-3077 (D. Neb.).

**IT IS SO ORDERED.**

Date: June 3, 2024

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

1